CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

6/15/2020
JULIA C. DUDLEY, CLERK
BY: s/ C. Kemp
       DEPUTY CLERK

United States District Court
Western District of Virginia
Roanoke Division

Kevin Rodrigues,

                    Plaintiff,

v.

C. Hamilton, Lieutenant; C. Lawson,
Correctional Officer; T. Brooks, Correctional
Officer; Correctional Officer Bradburn; and
Correctional Officer Ball, in their individual
capacities,

                    Defendants.

Case No. (Clerk To Supply)

7:20 CV 338

## CIVIL COMPLAINT

The Plaintiff submits the following facts and information as true and correct under the penalty of perjury to the best of his knowledge as violative of the Eighth Amendment as interpreted by Hope v. Pelzer, 536 U.S. 730, 737 (2002). Plaintiff incorporates the attached (3) page affidavit by reference herenow. Plaintiff seeks to recover $33,000.00 from each defendant in their individual capacities and a protective order barring retaliation.

Date: 06/11/2020

Respectfully Submitted,

X Kevin Rodrigues

Kevin Rodrigues
555 87018

County of Lee

Commonwealth of virginia

SS.

<u>AFFidavit</u>                                                                    Page 1 of 2

ON January 28th 2020 @ 5pm S.O.S. BAll &
OFC. Bradburn Came to Cell #310 H-unit where is was
being housed to Provide HAND Restraint Escort to showers
due to lockdown. I cuffed up and Told S.O.S. BAll
that I WAS Not Going to shower she Replied that Both
of us Go or NONE oF us Go. So I Asked my cellmate to Grab
my Hygine & clothing Place it in A Net BAg and Place it Around
my Neck. ONce we were out of the cell S.O.S. BAll stopped
to Conduct A Pat Search At that Point I informed her that
I had A sewing Needle Placed inside Protective Pink sponge
(that is issued in the sewing kit with needle & thread Available
for Purchase through out the BOP at Commisary) IN
my Right shorts Pocket. She then Placed her hand in
my Pocket Retrieved The Pink sponge with sewing needle
Stuck in the middle of it to Prevent insury S.O.S. BAll
looked At It & Said This Ain't yours any more and threw
it in The Trash Can about 3 Feet to the Right ot where
we were Standing. once she done that S.O.S. BAll Proceded
escorting ME to upper Tier shower from lower Tier.
ONce we Got to our destination at upper tier showers
OFC. Bradburn Laughing Asked Me what she took. instantaniously
my Response WAS "The Cunt took my sewing Needle
& threw it in the trash. AT which Point OFC Bradburn
CAme over to me and together with S.O.S BAll
Introduced my Face to the Floor while I WAS still in
HAND Restraints Behind my Back. (I WAS showing No Hostility
Nor Resistance As the Camera's will Show) They then
Called For Emergency Response TeAm where Not only OFC
Bradburn & SoS BAll were Assaulting me NOW I had
A whole GANg of officers kneeing Elbowing & Punching
me on camera at upper Tier showers. OFC Bradburn WAS
Going Completley overboard in Assaulting me that the LT
AND two others officers Pulled off oF me and tolD
Him to tAke it EAsy he WAS on CAmeRA. Responding
Officers Then Placed me into A wheel Chair where they
strapped me IN and wheeled me to the Shu. They then
brought me into A room where they Ripped All my Clothing

Page 2 OF 2

OFF OF me. OFC. Lawson Slammed me Against the wall & Punched me in the Ribs OFC. SMAllwood Placed A Transport Bellychain around my torso. where he pulled As tight As he Could At which point OFC Lawson was Directed to punch me in kidney & Stomach So OFC SMAllwood Could tightin the Belly Chain one MORE link and place lock inbetween links to lock chain in place & once that was Accomplished they Attempted to Spin belly chain From behind me to the Front but the chain moved my whole person As the Belly chain digging into my Flesh and Ripping into it and bleeding So they OFC Lawson and others Continued Assaulting me LT HAMilton, T. Brooks correectional Ofc, ofc Lawson Punching me while ofc SMAllwood Finaly Got the bellychain to the Front of me where they Attached it to BlackBox HAND Restraints. MY TORSO Still HAS Scars to this very DAY. they then placed me on A RANGe in the SHU in observation TANK. where Ofc Brooks HAD me kneel Down with my Face to wall (& I was still IN Belly Chain HANDcuFFed with BlackBox and Leg ShacKles) Ofc Brooks Holding Shield in his hands RAN AND RAMmed me From Behind Shamming my head AND EAR Against wall So Hard it Split my EAR open, AT Which Point LT Hamilton went and retrieves A Helmet Came BAck & ordered Me to STANDup & TurN Around I Complied The placed & Strapped This Helmet on my head once they accomplished That ofc Lawson GAve me A WINDmill uppercut to MY penis & BAlls All of which was Done in view of CAMERA. This was Repeated every 2hours Until January 29th At 10AM when LT ParsoNs ORdered my Release FRom Restraints I was left in observation TANK IN PAper Until round about 2pm where they transferred me to D. RANge cell #250 AND was left IN PApeR PANts, Shirt, AND Footwear.

Your AFFiant Further

06-11-2020 X SAYeth Naught,
Kevin Rodriguez

Kevin Rodrigues 55587016

Case 7:20-cv-00338-NKM-JCH Document 1 Filed 06/15/20 Page 4 of 4 Pageid#: 4

Kevin Rodrigues # 555 87018
United States Penitentiary - Lee
PO Box 305
Jonesville VA 24263

KNOXVILLE TN 377
12 JUN 2020 PM 3 L



United States District Courts
Office of Clerk
210 Franklin Rd, Rm 540
Roanoke VA 24011

Legal Mail

Legal Mail

24011-221499