U.S. District Court
W.D. OF VIRGINIA
ROANOKE

KEVIN RODRIGUES,

    Plaintiff,

V                     CASE NO. 7:20CVOO338

LT. C HAMilToN, LT. Bowles
LT. LAFAVE, S.os. BALL, OFC T. Brooks
OFC Bradburn, OFC Lawson, OFC. Smallwood

       DEFENDAnt(s)

## Amended CIVIL Complaint

The Plaintiff respectfully SEEKs TO Recover $33,000.00 from EAch Defendant in their individual CApacities For the following MAnifest Eighth AMEDMANT Violations:

ON January 28, 2020 At 5pm SOS. BAll Approached Cell #310 to Conduct HAND Restrained ESCort to the Shower. I Got placed in HandRestraints So they Could pull my cellmate out to go to the Shower AS I WAS NOT Going. SOS. BAll informeD ME IF I didnt Go to the Shower then Neithen WAS my Cellmate. AS I WAS AlreadY in Restraints my cellmate GAthred my Hygene Andclothing in A NET BAG

AND placed Around my Neck. once sos. BAll pulled me out of cell #310 H-unit to Escort ME To the shower she stopped to Conduct A PaT SEArch, AT which point I informed her that in my right shorts pocket I had a Sewing needle placed inside of A protective pink sponge that Comes with sewing Kit AVAilable for purchase thru Commisary B.O.P. wide. She then retrieved the Sewing Needle And said well you dont Have it AnymorE AND threw it in the Trash CAN A Few Feet AWAY And Continued to ESCort me to upperTier showers in H-unit. upon Arriving to upper Tier showers OFC. Bradburn Laughing AskeD ME what she took. My Reply WAS the Cunt took my SEWing Needle And threw it in the TRAsh. SoS. BAll And ofc BradburN decided to introduce My FACe to the Floor then Jumping on top oF me hitting me with hands And Knees while calling for Emergency Response. Mind you I WAS still in HAnd Restraints showing No hostility or Agression. ofc BradburN DRove his Knee forcefully into the Right side oF my Neck just under my right EAR Applying pressure for Quite Some time while Emergency Response Team cAme And PigpilED on Top oF me hitting me with

③

Elbows AND Knees. OFc. Bradburn WAS out of control Assaulting me The several officers. AND LT. LAFAVE pulled him off of me AND said Don't do that infront of the camera's wait until we got him off camera. LT Bowles Then ordered for me to be put in wheelchair with leg restraints and brought to the Special Housing unit where they could beat me. which they Did. once Arriving to Special Housing Unit The officers brought me into A Holding Cell stripped my clothing place me in Blue paper shirt pants And orange Tongs. They placed Leg restraints on me. OFc SMALLWOOD placed A Belly Chain Around my torso So tight it dug into my Flesh Causing it to bleed And blister where I Still have scars. LT Hamilton Directed ofc LAWSON to punch me in the right kidney in order to get the bellyChain 1 link tighter. Then they locked belly chain in place And Attempted to turn the Belly chain So that the lock was infront however when they Attempted this, All it did was pull me off the wall At which point LT. LAFAVE Directed officer Lawson to punch me so he did. And told him to continue

(9)

hitting me while they moved the belly chain to the Front of my torso from the back. The Belly chain was so tight when they spun it it ripped thru my Flesh to Get to the Front. Once they brought me into Another Room to Get medically Assesed by Medical Staff Caudill. Before turning the Camera on LT. LAFAVE AND OFFICER T. Brooks threatened me. They stated that they were Going to turn the Camera on And if I Stated that they Assaulted ME or had ANY injuries they would Shut the Camera OFF AND beat me to A pulp And Start the process over until I Complied. I was in Fear For my life So I Complied And said No on Camera to haveing injuries HoweREver MedicAl Staff Caudill observed And Documented during medical Assesment A Red Contusion on the Right side of my neck below my EAR where ofc Bradburn drove his Knee As I Stated Earlier. AFter the Medical Assesment they brought me into An observation Cell on A Range in the Special Housing unit where I stayed in Restraints For 18 hours AND Every 2 hours the officers would Come in And have me Kneel faung

(5)

the WAll And would slam me AgAinst the WAll with the shield, then drive the shield into my CAlves And Apply pressure. The First 2 hour visit from them OFC. T. Brooks RAmmed me from behind with the shield so HArd it bounced my head oFF the WAll And split my EAr open. AT which point LT C. Hamilton retrived A helmet had me stand up And FAce the officers to strAp the Helmet ON ME I complied once the Helmet WAs placed on me OFFicer Lawson GAve me A windmill uppercut to my testicAles And penis so hard it hunched me oven while making snot Fly out my Nose And spit out my mouth. All oF this is TRue to the best oF my Knowledge CAn be verified by reviewing CAmera Footage. This went on uNtil January 29, 2020 when LT PArsons ordered All the HANDs, Feet And belly Chain Restraints be taken off.

Respectfully Submitted

DATE 7-19-2020

X Kevin Rodrigues

KEVIN RODRIGUES